United States Courts
Southern District of Texas
FILED
December 03, 2025
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

(1) MARQUIEZ JAMINE RHEM,
    a/k/a "ManMan,"

(2) AMANDA WILLIAMS,

(3) LAVAR WILLIAMS,

(4) ALTON HIMES,

(5) JEFFERY WALLER,

   and

(6) ELIJAH MUHAMMAD,

Defendants.

Case No. 25-00314-01/06-CR-H-GCH

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

**Conspiracy to Possess with Intent to Distribute Controlled Substances**

Beginning on or about April 2, 2025, and continuing until on or about April 9, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**MARQUIEZ JAMINE RHEM, a/k/a "ManMan,"**
**LAVAR WILLIAMS,**
**AMANDA WILLIAMS,**
**ALTON HIMES,**
**JEFFERY WALLER**, and

1

**ELIJAH MUHAMMAD**,

did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with persons known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, namely, at least five kilograms of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salt of isomers, a Schedule II controlled substance.

## QUANTITY ATTRIBUTIONS

Defendants, **MARQUIEZ JAMINE RHEM**, a/k/a "ManMan," **AMANDA WILLIAMS**, **LAVAR WILLIAMS**, **ALTON HIMES**, **JEFFERY WALLER**, and **ELIJAH MUHAMMAD**, knew from their own conduct as members of the conspiracy charged in Count One and from the readily foreseeable conduct of other members of that conspiracy, that the conspiracy involved a quantity of at least five kilograms of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salt of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii), and 846.

## COUNT TWO

### Attempt to Possess with the Intent to Distribute a Controlled Substance

On or about April 2, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**MARQUIEZ JAMINE RHEM, a/k/a "ManMan,"**
**AMANDA WILLIAMS**, and
**LAVAR WILLIAMS**,

2

while aiding and abetting each other, and others known and unknown to the Grand Jury, did knowingly and intentionally attempt to possess with the intent to distribute at least five kilograms of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salt of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

### COUNT THREE

### Possession of a Firearm in Furtherance of a Drug Trafficking Crime

On or about April 2, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**MARQUIEZ JAMINE RHEM, a/k/a "ManMan," and**

**LAVAR WILLIAMS**,

while aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly possess at least one firearm in furtherance of a drug trafficking crime for which each may be prosecuted in a court of the United States, namely knowingly and intentionally conspiring to and attempting to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as charged in Counts One and Two of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

### COUNT FOUR

### Attempt to Possess with the Intent to Distribute a Controlled Substance

On or about April 9, 2025, in the Houston Division of the Southern District of Texas, the defendants,

3

MARQUIEZ JAMINE RHEM, a/k/a "ManMan,"
AMANDA WILLIAMS,
LAVAR WILLIAMS,
ALTON HIMES,
JEFFERY WALLER, and
ELIJAH MUHAMMAD,

while aiding and abetting each other, and others known and unknown to the Grand Jury, did knowingly and intentionally attempt to possess with the intent to distribute at least five kilograms of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salt of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT FIVE

### Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Beginning on or about April 7, 2025, and continuing through on or about April 9, 2025, said dates being approximate, in the Houston Division of the Southern District of Texas, the defendants,

MARQUIEZ JAMINE RHEM, a/k/a "ManMan,"
AMANDA WILLIAMS,
LAVAR WILLIAMS,
ALTON HIMES,
JEFFERY WALLER, and
ELIJAH MUHAMMAD,

while aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly possess at least one firearm in furtherance of a drug trafficking crime for which each

may be prosecuted in a court of the United States, namely knowingly and intentionally conspiring to and attempting to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846, as charged in Counts One and Four of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT SIX

### Conspiracy to Interfere with Commerce by Robbery

On or about April 9, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**MARQUIEZ JAMINE RHEM, a/k/a "ManMan,"**
**AMANDA WILLIAMS**,
**LAVAR WILLIAMS**,
**ALTON HIMES**,
**JEFFERY WALLER**, and
**ELIJAH MUHAMMAD**,

did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to obstruct, delay, and affect interstate commerce and the movement of any article and commodity in commerce by means of a robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Sections 1951(b)(1) and (b)(3), in that the defendants did unlawfully conspire and agree to take and obtain property, namely illegal narcotics, and drug proceeds, by means of actual and threatened force, violence and fear of injury to those in possession of those items.

All in violation of Title 18, United States Code, Section 1951(a).

## COUNT SEVEN

### Conspiracy to Possess with the Intent to Distribute a Controlled Substance

Beginning on an unknown date, but no later than on or about February 25, 2025, and

continuing through at least on or about April 16, 2025, said dates being approximate, in the Southern District of Texas and elsewhere, the defendant,

**MARQUIEZ JAMINE RHEM**, a/k/a "ManMan,"

did knowingly and intentionally combine, conspire, confederate, and agree with others unknown to the Grand Jury to possess with the intent to distribute and distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii); at least five grams of actual methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii); and at least 40 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(1)(a) and (b)(1)(B)(vi).

All in violation of Title 21, United States Code, Section 846.

## COUNT EIGHT

### Possession with the Intent to Distribute a Controlled Substance

On or about February 25, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**MARQUIEZ JAMINE RHEM**, a/k/a "ManMan,"

did knowingly and intentionally possess with the intent to distribute and distribute at least five grams of actual methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance; and at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled

6

substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

## COUNT NINE

### Possession with the Intent to Distribute a Controlled Substance

On or about March 3, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**MARQUIEZ JAMINE RHEM**, a/k/a "ManMan,"

did knowingly and intentionally possess with the intent to distribute and distribute at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

## COUNT TEN

### Possession with the Intent to Distribute a Controlled Substance

On or about March 12, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**MARQUIEZ JAMINE RHEM**, a/k/a "ManMan,"

did knowingly and intentionally possess with the intent to distribute and distribute at least five grams of actual methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance; and at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

## COUNT ELEVEN

### Possession of a Firearm in Furtherance of a Drug Trafficking Crime

On or about March 12, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**MARQUIEZ JAMINE RHEM**, a/k/a "ManMan,"

did knowingly possess at least one firearm in furtherance of a drug trafficking crime, namely, conspiracy to possess with intent to distribute and distribute controlled substances, as charged in Count Seven of this Superseding Indictment; and possession with intent to distribute a controlled substance, as charged in Count Ten of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT TWELVE

### Illegal Possession of a Machinegun

On or about March 20, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**MARQUIEZ JAMINE RHEM**, a/k/a "ManMan," and

**ELIJAH MUHAMMAD**,

aiding and abetting each other, did knowingly possess a machinegun, to wit: approximately two machinegun conversion devices, knowing that each had the characteristics that made it a machinegun, as defined in Title 26, United States Code, Section 5845(b).

In violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

## COUNT THIRTEEN

### Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Record

On or about March 20, 2025, in the Houston Division of the Southern District of Texas,

the defendants,

**MARQUIEZ JAMINE RHEM**, a/k/a "ManMan," and

**ELIJAH MUHAMMAD**,

aiding and abetting each other, knowingly received and possessed a firearm, to wit: approximately two machinegun conversion devices, machineguns as defined in Title 26, United States Code, Section 5845(b), not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), 5871, and 2.

## COUNT FOURTEEN

### Possession with the Intent to Distribute a Controlled Substance

On or about April 7, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**MARQUIEZ JAMINE RHEM**, a/k/a "ManMan,"

did knowingly and intentionally possess with the intent to distribute and distribute at least 40 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance; and at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(vi), and (b)(1)(B)(viii).

## COUNT FIFTEEN

### Possession with the Intent to Distribute a Controlled Substance

On or about April 16, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**MARQUIEZ JAMINE RHEM**, a/k/a "ManMan,"

did knowingly and intentionally possess with the intent to distribute and distribute at least five grams of actual methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance; and at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

## COUNT SIXTEEN

### Illegal Possession of a Machinegun

On or about April 23, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**MARQUIEZ JAMINE RHEM**, a/k/a "ManMan," and

**ELIJAH MUHAMMAD**,

aiding and abetting each other, did knowingly possess a machinegun, to wit: approximately two machinegun conversion devices, knowing that each had the characteristics that made it a machinegun, as defined in Title 26, United States Code, Section 5845(b).

In violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

## COUNT SEVENTEEN

### Possession of a Firearm Not Registered in the National Firearms Registration and Transfer Record

On or about April 23, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**MARQUIEZ JAMINE RHEM**, a/k/a "ManMan," and

**ELIJAH MUHAMMAD**,

10

aiding and abetting each other, knowingly received and possessed a firearm, to wit: approximately two machinegun conversion devices, machineguns as defined in Title 26, United States Code, Section 5845(b), not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), 5871, and 2

## COUNT EIGHTEEN

### Felon in Possession of a Firearm

On or about May 19, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**ALTON HIMES**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock, Model 21, .45-caliber pistol, bearing serial number AKDE971, and the firearm has been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT NINETEEN

### Illegal Possession of a Machinegun

On or about May 19, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**ALTON HIMES**

did knowingly possess a machinegun, to wit: a Glock, Model 21, .45-caliber pistol, bearing serial number AKDE971, which was equipped with a machinegun conversion device, knowing that it had the characteristics that made it a machinegun, as defined in Title 26, United States Code, Section 5845(b).

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT TWENTY

### Possession of a Firearm Not Registered in the
### National Firearms Registration and Transfer Record

On or about May 19, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**ALTON HIMES**

knowingly received and possessed a firearm, to wit: a Glock, Model 21, .45-caliber pistol, bearing serial number AKDE971, which was equipped with a machinegun conversion device, a machinegun as defined in Title 26, United States Code, Section 5845(b), not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm, involved in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), Title 26, United States Code, Sections 5841, 5845(b), 5861(d), and 5871, as charged in Counts Eighteen through Twenty, is subject to forfeiture, including, but not limited to, the following:

Glock, Model 21, .45-caliber pistol, bearing serial number AKDE971

**A TRUE BILL:**

Original Signature on File
**FOREPERSON OF THE GRAND JURY**

**NICHOLAS J. GANJEI**
**UNITED STATES ATTORNEY**

**BY:** _/s/ Keri Fuller_
**Keri Fuller**
**Assistant United States Attorney**